**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CHRISTINA MARCUS, *SPECIAL ADMINISTRATOR OF THE ESTATE OF ERIC P. MARCUS*, | : | Case No. 1:23-cv-577 |
| | : | Judge Timothy S. Black |
| Plaintiff, | : | |
| vs. | : | |
| HAMILTON COUNTY SHERIFF'S OFFICE, *et al.*, | : | |
| Defendants. | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court, having been advised that the parties have reached a settlement in the above-referenced case (pending approval of the Hamilton County Probate Court), and with the mutual consent of all parties, hereby **ORDERS** as follows:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 120 days, request to reopen the action if settlement is not consummated. The parties may further seek to extend the 120-day conditional period, if additional time is required. Finally, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 11/17/2026

Timothy S. Black
Timothy S. Black
United States District Judge